UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA MANCILLAS | § § | |
| vs. | § § | CIVIL ACTION NO._____ (DIVERSITY) |
| WAL-MART STORES TEXAS LLC | § | |

NOTICE OF REMOVAL OF ACTION UNDER
28 U.S.C. § 1441(B) (DIVERSITY)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

**PLEASE TAKE NOTICE** that Defendant, **WAL-MART STORES TEXAS, L.L.C.**, hereby removes to this Court the state court action described below.

1. On February 16, 2017, an action was commenced in the 357th Judicial District Court of Cameron County, Texas, entitled, *Maria Mancillas v. Wal-Mart Stores Texas LLC* in Cause No. 2017-DCL-01198. A copy is attached hereto as *Exhibit A*.

2. The first date upon which Defendant, Wal-Mart Stores Texas, L.L.C., received a copy of the said complaint was February 27, 2017, when Defendant was served with a copy of the said complaint and a citation from the said State Court. A copy of the citation is *attached hereto as Exhibit B*. In accordance with Local Rule 81, the following constitutes all of the executed process, pleadings, and orders served upon Plaintiff and Defendant in this action:

    A) Plaintiff's Original Petition;
    B) Copy of Return Citation of Defendant, Wal-Mart Stores Texas, L.L.C.;
    C) Docket Sheet;
    D) Defendant's Original Answer, Affirmative Defenses to Plaintiff's Original Petition and Requests for Disclosure;
    E) Defendant's Request for Jury Trial; and
    F) Defendant's Certificate of Written Discovery.

In addition and in accordance with the Local Rule, Defendant includes a copy of the docket sheet of the state court matter *a copy of which is attached hereto as Exhibit C.*

3. This action is a civil action of which this Court has original jurisdiction under 28

U.S.C. §1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states. On February 27, 2017, Plaintiff served upon Defendant Plaintiff's Original Petition, which pleads that she is seeking monetary damages over $200,000.00 but not more than $1,000,000.00. *See Exhibit A*. The amount in controversy is therefore in excess of $75,000.00 and removal is appropriate pursuant to 28. U.S. § 1441(b).

4. Defendant is informed and believes that Plaintiff was and still is citizen of the State of Texas and resides in San Benito, Cameron County, Texas.

5. Defendant, Wal-Mart Stores Texas, L.L.C., was, at the time of the filing of this action, and still is, a corporation incorporated under the laws of the State of Delaware, having its principal place of business in the State of Arkansas, and has been served summons and complaint in this action.

6. Copies of all pleadings, process, orders and other filings in the state-court suit are attached to this notice as required by 28 U.S.C. §1446(a).

7. Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this district.

8. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

9. Plaintiff did demand a jury in the state court suit. Defendant likewise demanded a jury in the state court suit.

10. For the foregoing reasons, Defendant asks the Court to remove the suit to The United States District Court, Southern District of Texas, Brownsville Division.

DATED: **March 21, 2017.**

Respectfully submitted,

*/s/ Jaime A. Drabek*
Jaime A. Drabek, Attorney-in-Charge
Federal ID No. 8643
State Bar No. 06102410
Ricardo G. Benavides
Federal ID No. 32205
State Bar No. 24031735
Travis W. Miller
Federal ID No. 1708834
State Bar No. 24072952
**DAW & RAY, L.L.P.**
3900 N. 10th Street, Suite 950
McAllen, Texas 78501
Telephone: (956) 687-3121
Facsimile: (956) 686-3188
Email: jdrabek@dawray.com
**ATTORNEYS FOR DEFENDANT,**
**WAL-MART STORES TEXAS, L.L.C.**

## CERTIFICATE OF SERVICE

I, Jaime A. Drabek, hereby certify that on **March 21, 2017,** a true and correct copy of the foregoing instrument was sent to all counsel of record by electronic mail delivery to wit:

Mr. Michael J. Cisneros
Mr. Arturo Cisneros
**THE CISNEROS LAW FIRM, L.L.P.**
312 Lindberg
McAllen, Texas 78501
Telephone: (956) 682-1883
Facsimile (956) 682-0132
Email: email@cisneroslawfirm.com

*/s/ Jaime A. Drabek*
Jaime A. Drabek

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | **AFFIDAVIT** |
| COUNTY OF HIDALGO | § | |

**BEFORE ME**, the undersigned authority, on this day personally appeared Travis W. Miller of McAllen, Hidalgo County, Texas, who being by me duly sworn, deposes and says that he is an attorney for Defendant in the present cause filed by Maria Mancillas; that he has been authorized to make this Affidavit; and that he has read the foregoing Notice of Removal and knows the contents thereof, and that the matters and facts therein contained are true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
Travis W. Miller, AFFIANT

SWORN TO AND SUBSCRIBED before me on this 21st day of March, 2017.



JENNIFER GARCIA
Notary Public
STATE OF TEXAS
My Comm. Exp. Sept. 8, 2019

_____
NOTARY PUBLIC IN AND FOR STATE OF TEXAS