United States District Court
Southern District of Texas
**ENTERED**
November 14, 2017
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA MANCILLAS,<br>    Plaintiffs | §<br>§<br>§<br>§ | |
| v. | § | Civil Action No. B-17-66 |
| WAL-MART STORES TEXAS, LLC.,<br>    Defendants | §<br>§<br>§ | |

## ORDER

On November 8, 2017, the parties filed a notice of settlement, indicating that they had settled "all claims and causes of action which were raised or could have been raised" in this suit. Dkt. No. 8.

The Court **ORDERS** that this case be dismissed with prejudice to refiling. Each party shall bear its own fees and costs. This is a final and appealable order disposing of all claims made against all parties.

DONE at Brownsville, Texas, on November 14, 2017.

Andrew S. Hanen
United States District Judge

1